<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1385

ARTHUR THACKER,

Plaintiff - Appellant,

versus

BRADY SERVICES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Paul Trevor Sharp, Magistrate Judge.  (CA-03-1160-1)

Submitted:  September 27, 2005          Decided:  September 29, 2005

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Thacker, Appellant Pro Se. Kenneth Ralph Keller, CARRUTHERS & ROTH, PA, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Thacker appeals from the magistrate judge's order[*] dismissing his action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Thacker v. Brady Servs., Inc.</u>, No. CA-03-1160-1 (M.D.N.C. Mar. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).